PRESTON v. TUCK. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of Henry L. Preston

against Jacob Tuck, an attorney, etc. No opinion. Motion granted, without costs. See, also, 149 App. Div. 957, 133 N. Y. Supp. 1140.